IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| DANTE DECURR WHITE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Case No. 14 C 676 |
| COOK COUNTY JAIL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On February 28, 2014 this Court issued a memorandum opinion and order ("Opinion") explaining the several reasons that pro se plaintiff Dante White ("White"), an inmate at the Cook County Department of Corrections, could not proceed with his action as he had tendered it in his Complaint. Now this Court has received a copy of White's Motion for Appointment of Counsel ("Motion"), for which purpose he has used the printed form supplied by the Clerk's Office.

White does not seem to understand that he has no pending action to which such a motion could apply, as the Opinion made plain in its concluding paragraph:

> In summary, both the Complaint and this action are dismissed. Because this Court has not spoken to the merits (or lack of merit) in White's claim, this dismissal is without prejudice.

Moreover, even if that were not the case, White has failed to respond to the key paragraph 2 in the printed Motion form, which requires a statement as to all efforts that White has undertaken to obtain counsel on his own (a showing that our Court of Appeals requires as a precondition to considering any such motion). Accordingly his Motion is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 1, 2014